E.D.N.Y.–Bklyn
13-cv-967
Ross, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand fourteen.

Present:
    José A. Cabranes,
    Rosemary S. Pooler,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

Leonid Lautman,

        *Plaintiff-Appellant*,

    v.                    14-2387

Vladimir Rosenblatt, *et al.*,

        *Defendants-Appellees*.

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

        FOR THE COURT
        Catherine O'Hagan Wolfe, Clerk

SAO-LKB